# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No. 1:20-cv-00815-NCT-JEP

| | |
|---|---|
| SHOMIAL AHMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| ) | |
| RICHARD M. BURR, ) | |
| ) | |
| Defendant. ) | |

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii), Plaintiff Shomial Ahmad, by her counsel, and Defendant Richard M. Burr, by his counsel, hereby stipulate to dismiss with prejudice all claims in the above-captioned matter, with each side to bear their own costs and attorneys' fees.

Dated: February 2, 2021  Respectfully submitted,

    s/ Murtaza Waqas Khwaja
Murtaza Waqas Khwaja
The Khwaja Omer Law Offices
110 Wall Street #3-049
New York, NY 10005
(404) 432-8847
Email: mkhwaja@tkolawoffices.com

1

s/ Omer Waqas Khwaja
Omer Waqas Khwaja
The Khwaja Omer Law Offices
110 Wall Street #3-049
New York, NY 10005
(404) 432-8847
Email: okhwaja@tkolawoffices.com

*Attorneys for Plaintiff*


s/ Alice S. Fisher
Alice S. Fisher
LATHAM & WATKINS LLP
Alice S. Fisher
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200
Fax: (202) 637-2201
Email: alice.fisher@lw.com

s/ John Walter Bryant
John Walter Bryant, NC Bar No. 13438
J.W. Bryant Law Firm, PLLC
P.O. Drawer 909
Raleigh, North Carolina 27602
Telephone: (919) 832-9890
Fax: (919) 831-9211
Email: jbryant@jwbryantlaw.com

*Attorneys for Defendant
RICHARD M. BURR*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the above Stipulation of Dismissal With Prejudice with the Clerk of Court using the CM/ECF system which will automatically send e-mail notifications of such filing to all attorneys of record.

Dated: February 2, 2021

s/ Alice S. Fisher
Alice S. Fisher

s/ John Walter Bryant
John Walter Bryant, N.C. Bar No. 13438